
# COLE SCHOTZ P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

New York

David M. Bass
Member
Admitted in NY and NJ

Delaware

Maryland

Reply to New Jersey Office
Writer's Direct Line: 646.563.8932
Writer's Direct Fax: 646.521.2032
Writer's E-Mail: DBass@coleschotz.com

Texas

Florida

September 7, 2023

Clerk of the Court
United States District Court
For the District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:   DOWC Provider Services, LLC, *et al.* v. U.S. Auto Sales, Inc., *et al.* Case No. 2:23-cv-03947: Suggestion of Bankruptcy

Dear Clerk:

I write on behalf of Defendants U.S. Auto Finance, Inc. and U.S. Auto Sales, Inc. (together, the "Debtors") to inform the Court overseeing the above-captioned matter that, on August 25, 2023, the Debtors filed voluntary petitions (the "Petitions") for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, Case Nos. 23-11252 (TMH) and 23-11251 (TMH).

Pursuant to 11 U.S.C. § 362, the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors, including the above-captioned lawsuit, is stayed upon the filing of the Petitions. Accordingly, this lawsuit must be stayed with regard to the Debtors.

Please note that my office does not represent the Debtors in this lawsuit, and this letter is not intended as an appearance as counsel for the Debtors in this lawsuit. The purpose of this letter is merely to notify the Court and other parties of the Debtors' bankruptcy filings and the imposition of the automatic stay under the Bankruptcy Code.

Very truly yours,

/s/ David. M. Bass

David M. Bass

COLE SCHOTZ P.C.

Clerk of the Court
September 7, 2023
Page 2

DMB

cc:

Ronald J. Campione, Esq.
199 Pomeroy Road
Parsippany, NJ 07054

