**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
A. Eli Kaplan (ID No. 310272020)
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
eli.kaplan@troutman.com
*Attorneys for Defendants Westlake Services, LLC*
*d/b/a Westlake Financial and*
*Westlake Portfolio Management, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DOWC PROVIDER SERVICES, LLC, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>U.S. AUTO SALES, INC., *et al.*,<br><br>Defendants. | CIVIL NO: 2:23-cv-03947-CCC-JSA<br><br>(Filed Electronically)<br><br>**Motion Date: November 6, 2023** |

**DEFENDANTS WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL AND WESTLAKE PORTFOLIO MANAGEMENT, LLC'S NOTICE OF MOTION TO DISMISS**

TO: Ronald J. Campione, Esq.
DOWC, LLC
199 Pomeroy Road
Parsippany, NJ 07054
*Attorney for Plaintiffs*

**PLEASE TAKE NOTICE** that on November 6, 2023, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Westlake Services,

LLC d/b/a Westlake Financial ("Westlake Financial") and Westlake Portfolio Management, LLC ("WPM") will appear before the Honorable Clare C. Cecchi, U.S. District Court Judge, at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102 and will move this Court to dismiss Plaintiffs' Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Westlake Financial and WPM will rely upon their accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested on a date and time to be designated by the Court.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order is also submitted for the Court's consideration.

Dated: October 11, 2023

*/s/ A. Eli Kaplan*
A. Eli Kaplan (ID No. 310272020)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
eli.kaplan@troutman.com
*Attorneys for Defendants Westlake Services, LLC d/b/a Westlake Financial & Westlake Portfolio Management, LLC*