

199 Pomeroy Rd.
Parsippany, NJ 07054
dowc.com

Ronald J. Campione, Esq.
Assistant General Counsel

Phone: (551) 325-3547
Fax: 201-812-9761
ron.campione@dowc.com

October 20, 2023

*Via ECF*
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re: DOWC Provider Services, LLC et al. v. Westlake Portfolio Management, et al.
Civil Action no. 2:23-cv-03947 (CCC-JSA)
Motion to Dismiss returnable November 6, 2023

Dear Judge Cecchi:

I am counsel for the plaintiffs (collectively "DOWC") in the above-captioned matter. Currently pending before the Court is Westlake Portfolio Management LLC's ("Westlake") motion to dismiss the Complaint. Pursuant to Local Civil Rule 7.1(d)(5), DOWC is permitted one request for an automatic extension to file its opposition. The original return date has not been previously extended or adjourned. Although the next available motion day is November 20, 2023, at my request counsel for Westlake has consented to move the motion return date to December 4, 2023. DOWC's opposition to Westlake's motion will be due on November 20, 2023.

DOWC respectfully requests that the Court "so order" the requested extension. If you should have any questions, please do not hesitate to contact me.

Respectfully Submitted,

RONALD J. CAMPIONE

cc: Counsel of Record (via ECF)