# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOWC PROVIDER SERVICES, LLC, ASSURED PROVIDER SERVICES, INC., GUARANTEED PROVIDERS SERVICES, INC., SECURE PROVIDER SERVICES, INC., AND DOWC ADMINISTRATION SERVICES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. AUTO SALES, INC., U.S. AUTO FINANCE, INC., MILESTONE PARTNERS, LP, MILESTONE PARTNERS FS AIV LP, MILESTONE PARTNERS FS AIV 2 LP, MILESTONE PARTNERS FS AIV 3A LP, MILESTONE PARTNERS FS AIV 3B LP, MILESTONE PARTNERS FS AIV 3C LP, MILESTONE PARTNERS FS AIV 3 BUYER LP, WESTLAKE SERVICES, LLC. d/b/a WESTLAKE FINANCIAL, WESTLAKE PORTFOLIO MANAGEMENT, LLC, JOHN DOES 1-20 AND ABC CORPS. 1-20, <br><br> Defendants. | CIVIL ACTION NO. 2:23-CV-3947 (CCC-JSA) <br><br><br> NOTICE OF MOTION TO DISMISS <br><br> MOTION DATE: December 4, 2023 |

**TO:** Ronald J. Campione
DOWC, LLC
199 Pomeroy Rd.
Parsippany, NJ 07054
*Attorney for Plaintiffs*

**PLEASE TAKE NOTICE** that on December 4, 2023 or as soon thereafter as counsel may be heard, Troutman Pepper Hamilton Sanders LLP, Attorneys for Defendants Milestone Partners, LP, Milestone Partners FS AIV LP, Milestone Partners FS AIV 2 LP, Milestone Partners FS AIV 3A LP, Milestone Partners FS AIV 3B LP, Milestone Partners FS AIV 3C LP, Milestone Partners FS AIV 3 Buyer LP (collectively, "Milestone"), will appear before the Honorable Claire C. Cecchi, United States District Court Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, and will move for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), dismissing the Amended Complaint.

In support of this Motion, Milestone relies upon the attached Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if the motion is opposed.

[ *signature page follows* ]

                                                Respectfully submitted,

*s/  Jeffrey A. Carr*
Jeffrey A. Carr
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
301 Carnegie Center
Suite 400
Princeton, NJ 08540
(609) 951-4116
jeff.carr@troutman.com

Dated:  November 3, 2023

*Attorney for Defendants Milestone Partners, LP, Milestone Partners FS AIV LP, Milestone Partners FS AIV 2 LP, Milestone Partners FS AIV 3A LP, Milestone Partners FS AIV 3B LP, Milestone Partners FS AIV 3C LP, Milestone Partners FS AIV 3 Buyer LP*