**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
A. Eli Kaplan (ID No. 310272020)
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
eli.kaplan@troutman.com

*Attorneys for Defendants Westlake Services, LLC*
*d/b/a Westlake Financial and*
*Westlake Portfolio Management, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOWC PROVIDER SERVICES, LLC, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>U.S. AUTO SALES, INC., *et al.*,<br><br>Defendants. | CIVIL NO: 2:23-cv-03947-CCC-JSA<br><br>(Filed Electronically)<br><br>**Motion Date: December 18, 2023** |

### WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL AND WESTLAKE PORTFOLIO MANAGEMENT, LLC'S <u>NOTICE OF MOTION TO STAY PROCEEDINGS</u>

TO:   Ronald J. Campione, Esq.
       DOWC, LLC
       199 Pomeroy Road
       Parsippany, NJ 07054
       *Attorney for Plaintiffs*

**PLEASE TAKE NOTICE** that on December 18, 2023, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Westlake Services, LLC d/b/a Westlake Financial ("Westlake Financial") and Westlake Portfolio Management, LLC ("WPM") will appear before the Honorable Clare C. Cecchi, U.S. District Court Judge, at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102 and will move this Court to stay proceedings in this matter as to Westlake Financial and WPM.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Westlake Financial and WPM will rely upon their accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that, if timely opposition to this motion is filed, oral argument is respectfully requested on a date and time to be designated by the Court.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order is also submitted for the Court's consideration.

Dated: November 10, 2023

*/s/ A. Eli Kaplan*
A. Eli Kaplan (ID No. 310272020)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500

                                Facsimile: (757) 687-7510
                                eli.kaplan@troutman.com
                                *Attorneys for Defendants Westlake Services, LLC d/b/a Westlake Financial & Westlake Portfolio Management, LLC*

164984287