

Ronald J. Campione, Esq.
Assistant General Counsel

Phone: (551) 325-3547
Fax: 201-812-9761
ron.campione@dowc.com

199 Pomeroy Rd.
Parsippany, NJ 07054
dowc.com

November 15, 2023

*Via ECF*
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re: DOWC Provider Services, LLC et al. v. Westlake Portfolio Management, LLC, Milestone Partners, et al. Civil Action no. 2:23-cv-03947 (CCC-JSA)
ECF No. 17 Westlake Parties' Motion to Dismiss returnable December 4, 2023
ECF No. 21 Milestone Parties' Motion to Dismiss returnable December 4, 2023
ECF No. 22 Westlake Parties' Motion to Stay returnable December 18, 2023
Request to set December 18, 2023 as the return date for the motions

Dear Judge Cecchi:

    I am counsel for the Plaintiffs (collectively "DOWC") in the above-captioned matter. I am writing to request that the return date for the three above-captioned motions be reset for December 18, 2023. Yesterday, DOWC requested the local rule's automatic extension to file its opposition to the Milestone Parties' Motion to Dismiss (ECF No. 21) currently returnable on December 4, 2023. The automatic extension would change the return date to December 18, 2023. Westlake's motion to stay the case is also returnable on December 18, 2023 (ECF No. 22). DOWC and the Westlake Parties request that the return date for the Westlake Parties' Motion to Dismiss (ECF No. 17) also be changed from December 4, 2023 to December 18, 2023. A return date of December 18, 2023 for all three motions will reduce the need for redundant filings.

    DOWC respectfully requests that the Court change the return dates for ECF Nos. 17 and 21 to December 18, 2023. With the Court's approval, the new return date would make DOWC's oppositions due December 4, 2023 and replies on behalf of the Westlake Parties and Milestone Parties due on December 11, 2023. Counsel for the Defendants have consented to this request.

Respectfully Submitted,

*[signature]*

RONALD J. CAMPIONE

cc:    Counsel of Record (via ECF)